IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

SHELIA GORDON,

                Plaintiff,

-v-

EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC,

                Defendants.

Civil Case No: 2:24-cv-10633-LJM-EAS

## STIPULATION OF DISMISSAL

Plaintiff Shelia Gordan and Defendant Experian Information Solutions, Inc. ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against remaining Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: March 25, 2025

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Marcus & Zelman, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Telephone: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Sheila Gordan*

/s/ Eric A. Nicholson
Eric A. Nicholson, Esq.
Jones Day
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
Telephone: (313) 230-7927
Email: eanicholson@jonesday.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

SO ORDERED.
Dated: March 26, 2025

                                      s/Laurie J. Michelson
                                      LAURIE J. MICHELSON
                                      UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on March 25, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Yitzchak Zelman